No. 10-11243. Nancyrose P. Clark, Petitioner v. Richmond Department of Social Services.

565 U.S. 874, 132 S. Ct. 233, 181 L. Ed. 2d 131, 2011 U.S. LEXIS 6733, ▮▮▮▮

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

No. 10-11245. Thomas E. Cotton, Petitioner v. Bryans Land Company, LLC.

565 U.S. 874, 132 S. Ct. 233, 181 L. Ed. 2d 131, 2011 U.S. LEXIS 6762.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-11246. Joseph F. Clemons, Petitioner v. United States.

565 U.S. 874, 132 S. Ct. 233, 181 L. Ed. 2d 131, 2011 U.S. LEXIS 6482.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 412 Fed. Appx. 646.

No. 10-11247. Eddie Lee Douglas, Petitioner v. David Mills, Warden.

565 U.S. 875, 132 S. Ct. 233, 181 L. Ed. 2d 131, 2011 U.S. LEXIS 6601.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-11248. Jeremy Allen Crozier, Petitioner v. Adam Endel, et al.

565 U.S. 875, 132 S. Ct. 233, 181 L. Ed. 2d 131, 2011 U.S. LEXIS 7055.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-11249. Richard Davis, Petitioner v. Arkansas.

565 U.S. 875, 132 S. Ct. 233, 181 L. Ed. 2d 131, 2011 U.S. LEXIS 6739.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 2011 Ark. 6.

No. 10-11250. Sherif Elkady, Petitioner v. James Conway, Superintendent, Attica Correctional Facility.

565 U.S. 875, 132 S. Ct. 234, 181 L. Ed. 2d 131, 2011 U.S. LEXIS 6911.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-11251. John C. Curtiss, aka Jay Curtiss, Petitioner v. United States.

565 U.S. 875, 132 S. Ct. 234, 181 L. Ed. 2d 131, 2011 U.S. LEXIS 6512.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 407 Fed. Appx. 663.